IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTIS GREGORY,

    Plaintiff,

v.                            CASE NO. 5:16-cv-102-MP-GRJ

OFFICER MAY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint on the Court's form and a Prisoner Consent and Financial Certificate on or before June 6, 2016.  ECF No. 11.  Plaintiff failed to comply, and the Court ordered him to show cause on or before July 5, 2016, as to why this case should not be dismissed. ECF No. 17.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 18th day of August 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**