# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

CURTIS GREGORY,

    *Plaintiff,*

v.                                   CASE NO. 5:16-cv-00102-MP-GRJ

SGT COOPER, MADDOX, MAY, NORTHWEST FLORIDA RECEPTION CENTER ANNEX,

    *Defendants.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 18, 2016. (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is DISMISSED without

prejudice for failure to prosecute and failure to comply with an order of the Court. The Clerk is directed to close the file.

**SO ORDERED on November 2, 2016.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**